**UNITED STATES of America,
Appellee,**

v.

**Miguel Angel MIRANDA–MARTINEZ,
Appellant.**

**No. 02–2497.**

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 3, 2002.

Decided Dec. 6, 2002.

Before WOLLMAN, FAGG, and MELLOY, Circuit Judges.

PER CURIAM.

A one-count indictment charged Miguel Angel Miranda–Martinez with being found in the United States without permission, following his conviction for aggravated felonies and his later deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2). Miranda–Martinez pleaded guilty, and the district court * sentenced him to 46

---

* The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the

months imprisonment and three years supervised release.

On appeal, Miranda–Martinez's counsel filed a brief and moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Upon careful review of the record, including Miranda–Martinez's post-sentencing letter to the district court, we conclude there are no nonfrivolous issues for appeal. *See Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). Accordingly, we affirm. We also grant counsel's motion to withdraw.

Western District of Arkansas.